David N. Barry (SBN 219230)
dbarry@mylemonrights.com
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Tel: (310) 684-5859
Fax: (310) 862-4539
Attorneys for Plaintiff MARK ALUIA

Spencer P. Hugret (SBN 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALUIA,<br><br>    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>    Defendants. | Case No. 5:18-cv-00103-AB-FFM<br><br>**JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE PER FRCP RULE 41(a)(1)(A)(ii)** |

Plaintiff MARK ALUIA ("Plaintiff"), by counsel, and Defendant FORD MOTOR COMPANY ("Defendant"), by counsel, hereby submit this Joint Stipulation to Dismiss this Case With Prejudice Per the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party to the dismissal to bear its own costs and fees.

//

//

//

1

JOINT STIPULATION TO DISMISS THIS CASE WITH PREJUDICE PER FRCP RULE
41(a)(1)(A)(ii)
CASE NO. 5:18-cv-00103-AB-FFM

Plaintiff and Defendant mutually waive all demands for each other's costs and fees associated with this matter.

**IT IS SO STIPULATED.**

Dated: November 9, 2021     GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Spencer P. Hugret*
   Spencer P. Hugret
   Amy Maclear
   Attorneys for Defendant
   FORD MOTOR COMPANY

Dated: November 9, 2021     THE BARRY LAW FIRM

By: /s/ *David N. Barry*
   David N. Barry
   Attorneys for Plaintiff
   MARK ALUIA

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Spencer P. Hugret, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By:*/s/ Spencer P. Hugret*
   Spencer P. Hugret